# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MONIQUE WILLIAMS,<br><br>        Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC;<br><br>        Defendant. | **Case No.:** 1:21-cv-04753-JLA-JC<br>Honorable Jorge L. Alonso<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Monique Williams and Defendant Equifax Information Services, LLC ("Equifax"), have settled all claims between them in this matter. The parties are in the process of completing final settlement documents and expect to file the appropriate dismissal documents within the next (60) days. Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter as to Defendant Equifax. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED this 21st day of October 2021,

By: */s/ Syed H. Hussain*
Syed H. Hussain, Esq. (IL #6331378)
PRICE LAW GROUP, APC
420 E Waterside Dr #3004
Chicago, IL 60601
T: (818) 600-5535
E: syed@pricelawgroup.com
*Attorneys for Plaintiff Monique Williams*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Roxanne Harris*